AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Flynn, Sean P. | U.S. District Court, Middle District of Florida | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
801 N. Florida Avenue
Tampa, Florida 33602

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▨ |
| 2. | 2018 | ▨ |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association | Judicial Robe | $436.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BoA Cash Accounts | A | Interest | M | T | | | | | |
| 2. PNC Cash Account (Y) | | | | | | | | | |
| 3. Lincoln National Life Insurance Company (Whole Life) | A | Interest | K | T | | | | | |
| 4. 401k Plan #1 (H) | | | | | | | | | |
| 5. Invesco Growth and Income R5 (ACGQX) | B | Dividend | J | T | | | | | |
| 6. Vanguard Institutional Index I (VINIX) | A | Dividend | J | T | | | | | |
| 7. Oakmark Equity And Income Investor (OAKBX) | A | Dividend | J | T | | | | | |
| 8. PFGIM Jennison Small Company Z (PSCZX) | A | Dividend | J | T | | | | | |
| 9. Principal MidCap Institutional (PCBIX) | A | Dividend | J | T | | | | | |
| 10. Vanguard FTSE All-Wld ex-US Idx Instl (VFWSX) | A | Dividend | J | T | | | | | |
| 11. 401k Plan #2 (H) | | | | | | | | | |
| 12. Oppenheimer Global Opp Inst. (OPGIX) | | None | | | Sold | 10/12/18 | J | | |
| 13. American Funds New World R6 (RNWGX) | | None | | | Sold | 10/12/18 | J | | |
| 14. Eaton Vance ATL Cap SMID Cap R6 (ERASX) | | None | | | Sold | 10/12/18 | J | | |
| 15. Wells Fargo Large Cap Core R6 (EGORX) | | None | | | Sold | 10/12/18 | J | | |
| 16. American Funds Gr. Fund of Am R6 (RGAGX) | | None | | | Sold | 10/12/18 | J | | |
| 17. Trust Account #1 (formerly Investment Account 1) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Flynn, Sean P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Edward Jones Cash Account (cash) (X) (Y) | | | | | | | | | |
| 19. iShares Core S&P MidCap ETF (IJH) | A | Dividend | K | T | Buy (add'l) | 10/11/18 | J | | |
| 20. iShares Core S&P Small Cap ETF (IJR) | A | Dividend | K | T | Buy | 10/11/18 | K | | |
| 21. iShares Edge MSCI Momentum Factor ETF (MTUM) | A | Dividend | J | T | Buy | 10/11/18 | J | | |
| 22. iShares Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | J | T | Buy | 10/11/18 | J | | |
| 23. iShares Russ 1000 Growth Fund (IWF) | A | Dividend | J | T | | | | | |
| 24. iShares Trust Edge MSCI Minimum Volatility USA ETF (USMV) | A | Dividend | J | T | Buy | 10/11/18 | J | | |
| 25. American Capital Income Builder CL A (CAIBX) | A | Dividend | K | T | | | | | |
| 26. American Washington Mutual Investors CL A (AWSHX) | C | Dividend | M | T | Sold (part) | 10/11/18 | K | D | |
| 27. IRA #1 (formerly Roth IRA Investment Account) (H) | | | | | | | | | |
| 28. iShares Core S&P Small Cap ETF (IJR) (X) | A | Dividend | J | T | | | | | |
| 29. iShares Core S&P MidCap ETF (IJH) (Y) | | | | | | | | | |
| 30. iShares Russ 1000 Growth Fund (IWF) | A | Dividend | J | T | | | | | |
| 31. Federated Government Obligations CL Premier (GOFXX) | A | Dividend | J | T | | | | | |
| 32. John Hancock International Growth CL R6 (JIGTX) | A | Dividend | J | T | Buy (add'l) | 10/30/18 | J | | |
| 33. MFS Global Equity Class R6 (MWEMX) | A | Dividend | J | T | | | | | |
| 34. Principal Midcap Fund CL Instl (PCIBIX) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price Large-Cap Growth CL Instl (TRLGX) | A | Dividend | J | T | | | | | |
| 36. IRA #2 (formerly IRA Account) (H) | | | | | | | | | |
| 37. Edward Jones Retirement Money Market Account (cash) | A | Interest | J | T | | | | | |
| 38. iShares Core S&P Mid Cap ETF (IJH) | A | Dividend | J | T | Buy (add'l) | 11/08/18 | J | | |
| 39. iShares Core S&P Small Cap ETF (IJR) | A | Dividend | K | T | Buy (add'l) | 11/08/18 | J | | |
| 40. iShares Edge MSCI USA Momentum Factor ETF (MTUM) | A | Dividend | J | T | | | | | |
| 41. iShares Russell 1000 Growth Fund (IWF) | A | Dividend | J | T | | | | | |
| 42. American Fundamental Investors CL F3 (FUNFX) | B | Dividend | J | T | Buy (add'l) | 11/08/18 | J | | |
| 43. Blackrock Equity Dividend CL K (MKDVX) | C | Dividend | K | T | | | | | |
| 44. Blackrock Multi Asset Income CL K (BKMIX) | A | Dividend | K | T | | | | | |
| 45. Franklin Dynatech CL R6 (FDTRX) | A | Dividend | K | T | | | | | |
| 46. John Hancock Bond CL R6 (JHBSX) | A | Dividend | J | T | | | | | |
| 47. John Hancock International Growth CL R6 (JIGTX) | A | Dividend | K | T | | | | | |
| 48. JPMorgan Growth Advantage CL R6 (JGVVX) | C | Dividend | K | T | | | | | |
| 49. Lord Abbett Short Duration Inc F3 (LOLDX) | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 50. MFS Corporate Bond CL R6 (MFBKX) | A | Dividend | J | T | | | | | |
| 51. MFS Mid Cap Value CL R6 (MVCKX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MFS Research International CL R6 (MRSKX) | B | Dividend | K | T | | | | | |
| 53. MFS Value CL R6 (MEIKX) | A | Dividend | K | T | | | | | |
| 54. Oakmark International CL I (OANIX) | B | Dividend | K | T | | | | | |
| 55. PGIM Total Return Bond CL R6 (PTRQX) | A | Dividend | J | T | | | | | |
| 56. Principal Midcap CL I (PCBIX) | B | Dividend | J | T | | | | | |
| 57. T Rowe Price Large-Cap Growth CL Instl (TRLGX) | B | Dividend | K | T | | | | | |
| 58. Brokerage Account #1 (formerly Investment Account 2) (H) | | | | | | | | | |
| 59. iShares Core S&P Mid Cap ETF (IJH) | A | Dividend | J | T | | | | | |
| 60. iShares Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | | | | | |
| 61. iShares Edge MSCI USA Momentum Factor Fund ETF (MTUM) | A | Dividend | J | T | | | | | |
| 62. iShares Edge MCSI USA Quality Factor ETF (QUAL) | A | Dividend | J | T | | | | | |
| 63. iShares Russ 1000 Growth Fund (IWF) | A | Dividend | K | T | | | | | |
| 64. iShares Edge MSCI Min Vol. USA ETF (USMV) | A | Dividend | J | T | | | | | |
| 65. American AMCAP Fund CL A (AMCPX) | C | Dividend | K | T | | | | | |
| 66. American Europacific Growth Fund CL A (AEPGX) | A | Dividend | J | T | | | | | |
| 67. Brokerage Account #2 (formerly Investment Account 3) (H) | | | | | | | | | |
| 68. iShares Core S&P Mid Cap ETF (IJH) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | | | | | |
| 70. iShares Edge MSCI USA Factor Momentum ETF (MTUM) | A | Dividend | J | T | | | | | |
| 71. iShares Edge MCSI USA Quality Factor ETF (QUAL) | A | Dividend | J | T | | | | | |
| 72. iShares Russ 1000 Growth Fund (IWF) | A | Dividend | K | T | | | | | |
| 73. iShares Edge MSCI Min Vol. USA ETF (USMV) | A | Dividend | J | T | | | | | |
| 74. American AMCAP Fund CL A (AMCPX) | C | Dividend | K | T | | | | | |
| 75. American Europacific Growth Fund CL A (AEPGX) | A | Dividend | J | T | | | | | |
| 76. 529 Account #1 (H) | | | | | | | | | |
| 77. Boston Company Dynamic Large Cap | | None | K | T | | | | | |
| 78. College Choice Advisor International Equity Index Port A | | None | J | T | | | | | |
| 79. College Choice Advisor Emerging Markets Equity Index Port A (Y) | | | | | | | | | |
| 80. 529 Account #2 (H) | | | | | | | | | |
| 81. Boston Company Dynamic Large Cap | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 37, 78, and 79: Name changes; see initial report, lines 30, 61, and 62, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sean P. Flynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544